## Commonwealth ex rel. Gallagher, Appellant, *v.* Rundle.

Argued March 14, 1966. *Louis Lipschitz*, with him *Jerold G. Klevit, Charles E. Friedman*, and *Lipschitz and Chalfin*, and *Friedman & Friedman*, for appellant; *Leslie B. Handler*, Assistant District Attorney, with him *LeRoy S. Zimmerman*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kremer, Appellant, *v.* Haaz.

Argued March 14, 1966. *I. Raymond Kremer*, with him *G. Thomas Miller*, for appellant; *Clyde W. McIntyre*, with him *I. E. Meyers*, and *Hurwitz, Klein, Meyers & Benjamin*, for appellee.

Order affirmed.